

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13 CASE NO.:** |
| **STEPHANIE MILLS NORWOOD and** | |
| **STEVEN WAYNE NORWOOD** | **23-11361-JDW** |

### AGREED ORDER GRANTING DEBTORS' MOTION TO IMPOSE AUTOMATIC THE STAY

THIS MATTER came before the Court on the Debtors' Motion to Impose the Automatic Stay (Dkt. #14) (the "Motion") filed by the Debtors and the Response to the Motion (Dkt. #18) filed by Locke D. Barkley, Chapter 13 Trustee ("the Trustee"). Upon agreement of the parties,

IT IS ORDERED that:

1. The Motion shall be and is hereby granted. The automatic stay of 11 U.S.C. § 362(a) shall be and is hereby imposed as to all creditors.

2. Should the Debtors become sixty (60) days or more delinquent in Chapter 13 plan payments, calculated from June 1, 2023, this case may be dismissed by subsequent order without further notice or hearing.

3. Should the Debtors remain current for a consecutive twelve (12) month period commencing with June 2023 the strict compliance provision in paragraph two (2) shall be unenforceable thereafter.

4. Should the present bankruptcy case be dismissed for any reason, the Debtors shall be prohibited from filing a bankruptcy case in this or any other bankruptcy court for a period of one-hundred and eighty days (180) days pursuant to 11 U.S.C. § 109(g).

## ##END OF ORDER##

AGREED & APPROVED:

/s/ Melanie T. Vardaman
MELANIE T. VARDAMAN – (MSB# 100392)
ATTORNEY FOR TRUSTEE

/s/ Robert H. Lomenick, Jr.
ROBERT H. LOMENICK, JR.
ATTORNEY FOR DEBTORS

Prepared by:
Melanie T. Vardaman, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, MS 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 100392